IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

        Plaintiff,                      No. CIV S-06-0336 GEB GGH P

   vs.

TOM CAREY, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2006, the court dismissed plaintiff's complaint with leave to amend. Pending before the court is plaintiff's amended complaint filed June 16, 2006.

        The amended complaint, which is not filed on a complaint form, is 104 pages long with approximately 200 pages of exhibits attached. Fed. R. Civ. P. 8 requires pleadings to contain *short* and *plain* statements of the claims. Plaintiff's lengthy complaint does not comply with Rule 8 because it is clear that he could state his claims in a much shorter pleading. Accordingly, the amended complaint is dismissed with leave to amend on this ground. The second amended complaint should be no longer than 30 pages. Plaintiff may not rely on his exhibits to state his claims for him.

/////

1

If plaintiff files a second amended complaint, he should file it on a complaint form. The second amended complaint must identify the defendants and describe what each defendant did which allegedly violated plaintiff's constitutional rights. The second amended complaint should not include lengthy discussions regarding legal standards.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended complaint filed June 16, 2006, is dismissed with thirty days to file a second amended complaint that is no longer than 30 pages; failure to file a second amended complaint in compliance with this order within that time will result in a recommendation of dismissal of this action;

2. The Clerk of the Court is directed to send plaintiff a copy of a complaint form for a civil rights action by a prisoner.

DATED:  8/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
col336.ame