IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

     Plaintiff,                    No. CIV S-06-0336 GEB GGH P

    vs.

TOM CAREY, et al.,

     Defendants.          ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's second amended complaint filed September 7, 2006.

       After reviewing the second amended complaint, it is not clear who plaintiff intends to name as defendants. The section of the complaint form where plaintiff is to identify the defendants lists four people: Dr. Sihota, Dr. Hooks, Dr. Alvaro and Dr. Kofoed. However, the body of the complaint appears to identify additional defendants including Gentry and Dickinson. Because it is not clear who plaintiff intends to name as defendants, the second amended complaint is dismissed with leave to amend. If plaintiff files a third amended complaint, he should include a section listing the defendants.

/////

1    The court also observes that the second amended complaint includes lengthy legal
2 briefing.  Fed. R. Civ. P. 8 requires pleadings to contain *short* and *plain* statements of the claims.
3 Plaintiff is not required to include legal briefing.  In fact, the court has had difficulty in
4 deciphering plaintiff's claims because of the legal briefing.  The third amended complaint need
5 only include a short and plain statement of the factual allegations against each defendant rather
6 than lengthy legal briefing.
7    Finally, the third amended complaint may be no longer than thirty pages.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1. The second amended complaint filed September 7, 2006, is dismissed with
10 thirty days to file a third amended complaint that is no longer than 30 pages; failure to file a third
11 amended complaint in compliance with this order within that time will result in a
12 recommendation of dismissal of this action;
13    2. The Clerk of the Court is directed to send plaintiff a copy of a complaint form
14 for a civil rights action by a prisoner.
15 DATED: 12/15/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
cole33.ame(2)