1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER LEE COLE,

11            Plaintiff,                        No. CIV S-06-0336 GEB GGH P

12        vs.

13   TOM L. CAREY, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, at this time,

22   the court does not find the required exceptional circumstances.  Plaintiff's motion for the

23   appointment of counsel will therefore be denied.

24   /////

25   /////

26   /////

                                                1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's March 27, 2007 motion

2  for the appointment of counsel is denied.

3  DATED: 4/27/07

                                        /s/ Gregory G. Hollows
4
                                        _____
5                                       GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE
6  GGH:mp
   cole0336.31(2)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2