IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

    Plaintiff,                    No. CIV S-06-0336 GEB GGH P

   vs.

TOM CAREY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On September 11, 2007, plaintiff filed a letter requesting information regarding the status of service of defendant Hooks. On March 16, 2007, the court directed the U.S. Marshal to serve defendant Hooks. The U.S. Marshal has recently informed the court that it is still in the process of attempting service of this defendant.

        IT IS SO ORDERED.

DATED: 10/2/07

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

cole336.ord

1