IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

   Plaintiff,      No. CIV S-06-0336 GEB GGH P

 vs.

TOM CAREY, et al.,

   Defendants.     <u>FINDINGS & RECOMMENDATIONS</u>

    On October 9, 2007, defendant Hooks filed a notice of joinder and joinder to the pending motion to dismiss filed May 23, 2007, on behalf of defendants Sahota and Sisto. In the May 23, 2007, motion to dismiss, defendants moved to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b) for failure to exhaust administrative remedies as to both defendants and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) as to defendant Sisto.

    On August 28, 2007, plaintiff requested that defendant Sisto be dismissed. On October 30, 2007, the court dismissed the claims against defendant Sisto and recommended that the motion to dismiss for failure to exhaust state court remedies be granted as to defendant Sahota. The court was not aware of the October 9, 2007, notice of joinder when it prepared these findings and recommendations.

/////

1

The notice of joinder contains legal analysis in support of the argument that the claims against defendant Hooks should be dismissed for failure to exhaust administrative remedies. For this reason, the notice of joinder should be considered as a separate motion to dismiss. Plaintiff has not filed any pleading responding to this motion.

Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On March 16, 2007, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the granting of the motion. In the alternative, the court has reviewed the motion and finds that it has merit.

Accordingly, IT IS HEREBY RECOMMENDED that the October 9, 2007, notice of joinder, construed as a motion to dismiss, be granted and defendant Hooks be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 12/11/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

cole336.mtd(2)