IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

      Plaintiff,                    No. CIV S-06-0336-GEB-GGH P

   vs.

TOM CAREY, et al.,

      Defendants.            ORDER

_____/

        Defendants have requested an extension of time to complete plaintiff's deposition pursuant to the court's order of March 20, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' July 31, 2008 request for an extension of time (Docket #46) is granted; and

        2. Defendants are granted sixty days from August 1, 2008, to complete plaintiff's deposition.

DATED: 08/13/08                         /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
GGH:cm                                UNITED STATES MAGISTRATE JUDGE
cole0336.36