IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. CAREY, et al.,<br><br>　　　　　Defendants. | No. 2:06-CV-0336 GEB-GGH<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND EXTENDING PRETRIAL MOTION DEADLINE** |

　　　Defendants move this Court ex parte, under Local Rule 6-144(e), for an order shortening time for the Court to rule on their Motion to Modify Scheduling Order. Having made a satisfactory showing, the Court grants the application.

　　　Defendants move this Court, under Federal Rule of Civil Procedure 16(b)(4), to modify the Scheduling Order of March 20, 2008, and request a sixty-day extension of the pretrial motion deadline. Good cause appearing, Defendants' motion is granted.

　　　All pretrial motions, except motions to compel discovery, shall be filed on or before April 7, 2009.

　　　No further extensions will be granted.

Dated: January 28, 2009

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

cole0336.eot