IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LEE COLE,

       Plaintiff,                    No. CIV S-06-0336 GEB GGH P

   vs.

TOM CAREY, et al.,

       Defendants.             <u>ORDER</u>

_____/

       On January 8, 2009, plaintiff filed a motion requesting that the court assist him in obtaining the transcript from his deposition. Plaintiff appears to claim that Esquire Deposition Services sent him a copy of his deposition transcript and a form for making changes. Plaintiff reviewed the deposition, made his changes and returned the documents to Esquire Deposition. Plaintiff then sent a letter to Esquire Deposition on November 25, 2008, asking for a copy of his deposition transcript for his own records. Plaintiff claims that Esquire Deposition has not responded to his request.

       If plaintiff wants a copy of his deposition transcript, he is required to pay for it. The trust account statement attached to plaintiff's January 8, 2009, pleading indicates that he had a negative balance as of July 2008. Because it does not appear that plaintiff can afford to pay for the transcript, the motion requesting assistance in obtaining the transcript is denied without

1

1  prejudice.  If plaintiff believes he can afford to pay for the transcript, he should submit a new
2  request to Esquire Deposition, including a request for information regarding how to arrange for
3  payment.  If Esquire Deposition does not respond to this request, he may refile his motion for
4  assistance in obtaining the deposition transcript.
5  　　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's January 8, 2009, motion
6  for assistance (no. 49) is denied without prejudice.
7  DATED: January 30, 2009
8  　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
9  　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

13  cole336.dep